THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., a Washington corporation,<br><br>                      Plaintiff,<br><br>    v.<br><br>THE AMERICAN BOTTLING COMPANY, a Delaware corporation,<br><br>                      Defendant. | No. 2:22-cv-01280-JHC<br><br>STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>**October 5, 2022** |

STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT - 1
Case No. 2:22-cv-01280-JHC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

## STIPULATION

Plaintiff Northwest Administrators, Inc. served its Complaint to Compel Audit on Defendant The American Bottling Company on September 14, 2022. Under the Civil Rules, Defendant's response to the Complaint is due October 5, 2022. The parties agree that good cause exists to extend Defendant's deadline to respond to the Complaint by 30 days, to November 4, 2022. The parties jointly request the Court enter the following proposed order granting that extension.

It is so stipulated.

| | |
|---|---|
| *s/ Rylan Weythman* <br> Rylan Weythman, WSBA #45352 <br> FOSTER GARVEY PC <br> 1111 Third Avenue, Suite 3000 <br> Seattle, Washington 98101-3292 <br> Telephone: (206) 447-4400 <br> Facsimile: (206) 447-9700 <br> Email: rylan.weythman@foster.com <br><br> *Attorneys for Defendant The American Bottling Company* | *s/ Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> REID, MCCARTHY, BALLEW & LEAHY, LLP <br> 100 West Harrison Street, N. Tower, #300 <br> Seattle, Washington 98119 <br> Telephone: (206) 285-0464 <br> Facsimile: (206) 285-8925 <br> Email: rjr@rmbllaw.com <br><br> *Attorneys for Plaintiff Northwest Administrators, Inc.* |

## ORDER

Based upon the foregoing stipulation, it is **ORDERED, ADJUDGED, AND DECREED** that Defendant's deadline to respond to Plaintiff's Complaint is extended to November 4, 2022.

DATED this 5th day of October, 2022.

_____
The Honorable John H. Chun
United States District Judge

STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT - 2
Case No. 2:22-cv-01280-JHC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700