THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC., a Washington corporation,

Plaintiff,

v.

THE AMERICAN BOTTLING COMPANY, a Delaware corporation,

Defendant.

No. 2:22-cv-01280-JHC

**JOINT MOTION TO STAY ALL DEADLINES PENDING PRODUCTION OF DOCUMENTS FOR AUDIT**

**NOTE ON MOTION CALENDAR: November 3, 2022**

Plaintiff, Northwest Administrators, Inc. ("Plaintiff" or "Northwest") and Defendant The American Bottling Company ("Defendant" or "ABC"), by and through their respective undersigned counsel, hereby jointly request this Court enter an Order staying all deadlines in this case for thirty (30) days pending Defendant's production of documents for the audit requested in the Complaint, and in support thereof, state as follows:

1. On or around September 10, 2022, Plaintiff filed its Complaint. (Dkt. No. 1).

2. On October 4, 2022, the Parties filed a Stipulation extending the deadline for Defendant's Answer to November 4, 2022, which the Court granted on October 13, 2022. (Dkt. No. 7).

3. On October 13, 2022, the Court entered a Scheduling Order setting deadlines for this case. (Dkt. No. 8).

JOINT MOTION TO STAY DEADLINES - 1
Case No. 2:22-cv-01280-JHC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 100740332.1

4. The Complaint seeks an Order Compelling Audit under which Defendant shall be directed by the Court within a specified time to make available to the Plaintiff certain records for the period of January 1, 2017 through December 31, 2020 to allow Plaintiff to complete a payroll-compliance audit.

5. Since the filing of the Stipulation, the Parties have been in discussions to attempt to resolve this matter.

6. Recently, Defendant requested, and Plaintiff has provided, clarification and a limitation on the scope for some of the records sought in the Complaint for the audit, and the Parties have agreed upon that limited scope.

7. Pursuant to the agreement to limit the scope of the records sought, the Defendant is currently working on gathering the documents to produce to Plaintiff that would resolve this lawsuit.

8. As a result, the Parties seek a stay of all deadlines in this case for thirty (30) days including but not limited to the Defendant's November 4, 2022 deadline to answer or otherwise respond to the Complaint to allow for the agreed-upon documents to be produced.[1]

9. The Parties make this request not for the purposes of delay, but rather to avoid the expenditure of unnecessary cost of litigation in anticipation that this matter will be resolved.

WHEREFORE, the Parties jointly request that this Court enter an Order staying all deadlines in this case, including Defendant's November 4, 2022 deadline to answer or otherwise respond to the Complaint, for thirty (30) days to allow for Defendant's production of documents to Plaintiff.

---

[1] Defendant notes that while it will make all best efforts to gather and produce the agreed-upon documents within thirty (30) days, a further extension may be requested if all of the documents cannot be produced within thirty (30) days given intervening holidays such as Thanksgiving.

JOINT MOTION TO STAY DEADLINES - 2
Case No. 2:22-cv-01280-JHC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 100740332.1

DATED this 3rd day of November, 2022.

| | |
|---|---|
| *s/ Rylan Weythman*<br>Rylan Weythman, WSBA #45352<br>FOSTER GARVEY PC<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101-3292<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>Email: rylan.weythman@foster.com<br><br>*s/ Matthew D. Grabell*<br>Matthew D. Grabell, *Pro Hac Vice*<br>FORD & HARRISON, LLP<br>271 17th Street NW, Suite 1900<br>Atlanta, GA 30363<br>Telephone: (404) 888-3800<br>Email: mgrabell@fordharrison.com<br><br>*Attorneys for Defendant The American Bottling Company* | *s/ Russsell J. Reid*<br>Russell J. Reid, WSBA # 2560<br>*/s/ Thomas A. Leahy*<br>Thomas A. Leahy, WSBA #26365<br>REID MCCARTHY, BALLEW & LEAHY LLP<br>100 West Harrison Street<br>North Tower, Suite 300<br>Seattle, WA 98119<br>Telephone: (206) 285-8925<br>Email: rjr@rmbllaw.com<br>Email: tom@rmbllaw.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

Dated this 3rd of November 2022.

_____
The Honorable John H. Chun
United States District Judge

JOINT MOTION TO STAY DEADLINES - 3
Case No. 2:22-cv-01280-JHC

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 100740332.1