THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., a Washington corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>THE AMERICAN BOTTLING COMPANY, a Delaware corporation,<br><br>                              Defendant. | No. 2:22-cv-01280-JHC<br><br>**JOINT MOTION TO STAY ALL DEADLINES PENDING PRODUCTION OF DOCUMENTS FOR AUDIT AND ORDER**<br><br>**NOTE ON MOTION CALENDAR: November 29, 2022** |

      Plaintiff, Northwest Administrators, Inc. ("Plaintiff" or "Northwest") and Defendant The American Bottling Company ("Defendant" or "ABC"), by and through their respective undersigned counsel, hereby jointly request this Court enter an Order staying all deadlines in this case for an additional sixty (60) days to January 30, 2023 pending Defendant's production of documents for the audit requested in the Complaint, and in support thereof, state as follows:

1. On or around September 10, 2022, Plaintiff filed its Complaint. (Dkt. No. 1).

2. On October 4, 2022, the Parties filed a Stipulation extending the deadline for Defendant's Answer to November 4, 2022, which the Court granted on October 13, 2022. (Dkt. No. 7).

3. On October 13, 2022, the Court entered a Scheduling Order setting deadlines for this case. (Dkt. No. 8).

JOINT MOTION TO STAY DEADLINES - 1
Case No. 2:22-cv-01280-JHC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

FG: 100788453.1

4. The Complaint seeks an Order Compelling Audit under which Defendant shall be directed by the Court within a specified time to make available to the Plaintiff certain records for the period of January 1, 2017 through December 31, 2020 to allow Plaintiff to complete a payroll-compliance audit.

5. On November 3, 2022, this Honorable Court entered a stay in this matter for thirty (30) days to November 30, 2022 to allow the Defendant to produce records pursuant to an agreement among the Parties to limit the scope of the records sought. (Dkt. No. 12).

6. The Defendant is still working on gathering the documents to produce to Plaintiff that would resolve this lawsuit, which has required more time than initially expected, in part due to the intervening holidays.

7. As a result, the Parties seek a stay of all deadlines in this case including but not limited to the Defendant's deadline to answer or otherwise respond to the Complaint for an additional sixty (60) days to Monday January 30, 2023 to allow for the agreed-upon documents to be produced.[1]

8. The Parties make this request not for the purposes of delay, but rather to avoid the expenditure of unnecessary cost of litigation in anticipation that this matter will be resolved.

WHEREFORE, the Parties jointly request that this Court enter an Order staying all deadlines in this case, including Defendant's deadline to answer or otherwise respond to the Complaint, for sixty (60) additional days to January 30, 2023 to allow for Defendant's production of documents to Plaintiff.

---

[1] Defendant has requested this time frame taking into account the Christmas holidays to ensure that an additional extension is not required.

JOIN MOTION TO STAY DEADLINES - 2
Case No. 2:22-cv-01280-JHC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

FG: 100788453.1

DATED this 29th day of November, 2022.

| | |
|---|---|
| *s/ Rylan Weythman*<br>Rylan Weythman, WSBA #45352<br>FOSTER GARVEY PC<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101-3292<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>Email: rylan.weythman@foster.com<br><br>*s/ Matthew D. Grabell*<br>Matthew D. Grabell, *Pro Hac Vice*<br>FORD & HARRISON, LLP<br>271 17th Street NW, Suite 1900<br>Atlanta, GA  30363<br>Telephone: (404) 888-3800<br>Email: mgrabell@fordharrison.com<br><br>*Attorneys for Defendant The American Bottling Company* | *s/ Russ Reid*<br>Russ Reid<br>REID MCCARTHY, BALLEW & LEAHY LLP<br>100 West Harrison Street<br>North Tower, Suite 300<br>Seattle, WA 98119<br>Telephone: (206) 285-8925<br>Email: rjr@rmbllaw.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

Dated this 30th of November, 2022.

_____
The Honorable John H. Chun
United States District Judge

JOINT MOTION TO STAY DEADLINES - 3
Case No. 2:22-cv-01280-JHC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 100788453.1